UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JANIS SHUMWAY,**<br><br>   Plaintiff,<br><br>vs.<br><br>**WOODWARD BROWN VENTURES, LLC,**<br><br>   Defendant. | **2:21-CV-11292-TGB-CI**<br><br><br>**JUDGMENT** |

  In accordance with the Order issued on this date, it is **ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (ECF No. 12) is **GRANTED**. The case is **DISMISSED WITH PREJUDICE** as to any claims relating to booking.com, orbitz.com, and travelocity.com, and **DISMISSED WITHOUT PREJUDICE** as to any claims relating to expedia.com and hotels.com.

  Dated at Detroit, Michigan:  March 25, 2022

              KINIKIA ESSIX
              CLERK OF THE COURT

              s/A. Chubb
              Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE